IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ZAFAR HAQ,                                    3:16-cv-00921-AC

        Plaintiff,                        ORDER

v.

MORTGAGE MARKET, INC.;
MORTGAGE ELECTRONIC
REGISTRATION SERVICES, INC.;
CADENCE BANK, N.A.; BANK
OF AMERICA, N.A.; RCO LEGAL, P.C.;
SCOTT GRIGSBY; and DOES 1-100,

        Defendants.

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#58) on April 26, 2017, in which he recommends this Court dismiss *sua sponte* Plaintiff's claims against Defendant Mortgage Market, Inc., without prejudice for failure to

1 - ORDER

serve and to enter a Judgment resolving this action.[1]  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  Having reviewed the legal principles *de novo*, the Court does not find any error.

**CONCLUSION**

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#58).  Accordingly, the Court **DISMISSES without prejudice** Plaintiff's claims against Mortgage Market, Inc.  The

---

[1] On March 16, 2017, the Magistrate Judge issued Findings and Recommendation (#53) in which he recommended the Court grant the Motions to Dismiss of Defendants Mortgage Electronic Registration Services, Inc.; Cadence Bank, N.A., Bank of America, N.A.; RCO Legal, P.C.; and Scott Grigsby.  On April 10, 2017, the Court entered an Order adopting the Findings and Recommendation and granting those Defendants' Motions to Dismiss.

Court will enter a Judgment resolving this matter.

IT IS SO ORDERED.

DATED this 30th day of May, 2017.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge